William SINGELTON,
Plaintiff-Appellant,

v.

ST. LOUIS COUNTY, State of Mo., Washington U., Dr. Stanley Ashley, Dr. Gregory Rhinehart, Dr. Alan Altman, Dr. Terrence Orr, Defendants-Respondents.

No. 52144.

Missouri Court of Appeals,
Eastern District,
Division Four.

June 16, 1987.

Motion for Rehearing and/or Transfer
Denied July 15, 1987.

Application to Transfer
Denied Sept. 15, 1987.

Henry W. Cummings, St. Charles, for plaintiff-appellant.

Thomas W. Wehrle, County Counselor, Daniel Bartlett, Associate County Counselor, Clayton, for St. Louis County.

William L. Webster, Atty. Gen., Jerry L. Short, Asst. Atty. Gen., Jefferson City, for State of Missouri.

Mary Jane Schweitzer, St. Louis, for Washington U. and Drs. Ashley, Rhinehart, Altman and Orr.

### ORDER

PER CURIAM:

Plaintiff, an inmate at Missouri Eastern Correction Center, sued defendants for damages for medical malpractice. Defendants St. Louis County and State of Missouri invoked sovereign immunity and were dismissed from the suit. Defendant Washington University and three individual defendants invoked the statute of limitations and were also dismissed. The trial court then dismissed the action with prejudice for failure to prosecute. Plaintiff appeals.

We have reviewed the entire record and find no error of law. An opinion would have no precedential value. The judgment is affirmed in accordance with Rule 84.-16(b).